IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEITH POPHAL,

                Plaintiff,                JUDGMENT IN A CIVIL CASE

v.

                                    Case No.: 12-cv-653-bbc

UNITED STATES OF AMERICA,

                Defendant.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that plaintiff Keith Pophal's motion for post conviction relief under 28 U.S.C. § 2255 is dismissed.

_Peter Oppeneer_                                10/9/2012
Peter Oppeneer, Clerk of Court                Date